IAN SIMMONS (admitted *pro hac vice*)
isimmons@omm.com
BENJAMIN J. HENDRICKS (S.B. #288680)
bhendricks@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Third-Party Defendants
Samsung Electronics Co., Ltd. and
Samsung Semiconductor, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Polaris Innovations Limited,<br><br>Plaintiff,<br><br>v.<br><br>Kingston Technology Company, Inc.,<br><br>Defendant. | Case No. 8:16-cv-300 CJC (RAO)<br><br>**DECLARATION OF IAN SIMMONS IN SUPPORT OF SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC.'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

I, Ian Simmons, the undersigned, hereby declare:

1. I am an attorney at law, licensed in Pennsylvania and Washington, D.C. I represent Samsung Electronics Co., Ltd. ("SEC") and Samsung Semiconductor, Inc. ("SSI") (collectively, "Samsung") in the above-referenced matter. I submit this declaration in support of Samsung's Unopposed Application for Leave to File Under Seal Portions of Motion to Dismiss and Exhibit A to the Declaration of Ian Simmons in Support of Samsung's Motion to Dismiss. I am over the age of 18, am capable of making this declaration, know all the following facts of my own personal knowledge and, if called and sworn as a witness, could and would testify competently thereto.

2. Exhibit A is a true and correct copy of the Patent License Agreement between SEC and Polaris Innovations Limited ("Polaris") (the "PLA"), as produced by Polaris with the designation "Highly Confidential – Attorneys Eyes Only" under the Stipulated Protective Order entered by the Court in this case (Dkt. No. 74). It is bates stamped PK00010648 and is the subject of Samsung's Application for Leave to File Under Seal.

3. SEC and Polaris agreed to maintain strict confidentiality of the PLA as described in § 5.4 of the PLA.

4. Upon information and belief, SEC considers the PLA to be a trade secret.

5. Upon information and belief, disclosure of the terms in the PLA would harm SEC by revealing trade secrets related to SEC's negotiation strategies and valuations for intellectual property. Disclosure would also give competitors access to internal financial information.

6. If the Court requires additional information to grant leave to file the PLA under seal, and references to the PLA in the Motion to Dismiss under seal, Samsung may provide additional information.

Executed this 17th Day of February 2017 in Washington, D.C.

Ian Simmons